**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON FELICIANO, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED EDUCATION INSTITUTE,<br><br>Defendant. | Case No. 8:16-cv-00367-CJC-JEM<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) (ii)
CASE NO. 8:16-CV-00367-CJC-JEM

# STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiff Ramon Feliciano and Defendant United Education Institute, through their respective counsel, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

Dated:  August 4, 2016      **BURSOR & FISHER, P.A.**

By:   */s/ Annick M. Persinger*
      Annick M. Persinger

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:   ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated:  August 4, 2016      **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:   */s/ Shannon Z. Petersen*
      Shannon Z. Petersen

Shannon Z. Petersen (SBN 211426)
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691
Email: spetersen@sheppardmullin.com

*Attorneys for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Attestation Pursuant to Local Rule 5-4.3.4(a)(2)**

Pursuant to Civil Local Rule 5-4.3.4(a)(2), the undersigned filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Annick M. Persinger*
Annick M. Persinger

STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) (ii)
CASE NO. 8:16-CV-00367-CJC-JEM

2